IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

TERRENCE A. HARVEY,                    )
     Plaintiff,                            )              Case No. 7:17CV00113
                                            )
v.                                     )
                                            )
J. HALL, *et al.*,                     )              By: Norman Moon
     Defendants.                           )              United States District Judge

**ORDER**

Defendants' motion for summary judgment (dkt. 15) is **DENIED in part** and **GRANTED in part**. The claims against the defendants are **DISMISSED** only to the extent they are lodged against them in their official capacities. Plaintiff's motion to compel discovery is **DENIED without prejudice**.

ENTER this <u>27th</u> day of August, 2018.

*Norman K Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE